UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MARIA JANE SHAHI,   No. 15-10667

Debtor(s).
_____/

Memorandum and Order on Objection to Claim and Objection to Lien
_____

In this Chapter 13 case, attorney Ethan Glaubiger filed claim number 6-1 for his client, Kimberly Pierre, based on a judgment for $88,071.26 he obtained for Pierre against debtor Maria Shahi in state court. Glaubiger claims an attorney's lien on any payments made by the Chapter 13 trustee on the claim. There has been a falling out between Glaubiger and Pierre, so Pierre has filed an objection to the claim and an objection to Glaubiger's lien.

This is not a bankruptcy dispute. Pierre does not want the court to disallow her claim against the Shahi; she only wants any dividend payments to go to her, not Glaubiger. This is a matter for the state court, not the bankruptcy court.

The court accordingly directs that all dividend payments on account of the judgment shall go to Glaubiger until and unless the state court orders otherwise. Both parties are at liberty to pursue their claims to the dividend payments in state court, and the Chapter 13 Trustee shall honor any order of the state court regarding entitlement to any dividend payments. Pierre's objection to Claim 6-1 is overruled without prejudice to her state court rights, and the court abstains from adjudicating the dispute between Pierre and Glaubiger.

SO ORDERED.

Dated: April 28, 2017

Alan Jaroslovsky
U.S. Bankruptcy Judge